UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| MAUREEN DOWNS, | Case No. 3:23-cv-01643-RS |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE** |
| v. | *[Filed concurrently with Stipulation to Continue Initial Case Management Conference Date]* |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | Current Date: July 27, 2023<br>Time: 10:00 a.m.<br>Ctrm.: Zoom |
| | Proposed Date: August 17, 2023 |
| | Judge: Hon. Richard Seeborg |

Pursuant to the parties' Stipulation to Continue Initial Case Management Conference, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference is re-scheduled for August 17, 2023, at 10:00 a.m., and the Joint Case Management Conference Statement is to be filed on or before August 10, 2023.

IT IS SO ORDERED.

DATED: July 11, 2023

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE